UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:08 MC 660 ERW |
| | ) | |
| RONALD F. SAVERIN, | ) | |
| | ) | |
| Respondent. | ) | |

### CONSENT ORDER TO CONTINUE HEARING
### TO ALLOW FOR COMPLIANCE

This Petition To Enforce Internal Revenue Service Summons came to be heard this 12th day of March, 2009, upon a transfer from Judge E. Richard Webber. Petitioner was represented by counsel, Assistant United States Attorney Wesley D. Wedemeyer. Respondent Saverin appeared in person, and with counsel Thomas C. Pliske and David V. Capes.

Counsel for Respondent announced that they had no legal defense to the enforcement of the Petition. Counsel for Petitioner announce that the Internal Revenue Service was willing to allow Mr. Saverin four weeks to produce the documents subpoened by the Service's Administrative Summons. Accordingly, by consent of the parties, the Order To Show Cause previously entered in this matter is continued to April 13, 2009. If there is full or substantial compliance with the

Administrative Summons at issue in this case, government counsel shall so notify the Court. If the records and documents described in Exhibit 1 attached to the government's Petition are not produced, the parties are directed to appear before **U.S. District Judge E. Richard Webber in Courtroom 12-South** of the Thomas F. Eagleton U.S. Courthouse on **Thursday, April 9, 2009 at 8:30 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2009.